UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                          CASE NO: 6:97-cr-103-Orl-18DAB

FITZROY GEORGE GUTZMORE

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and

recommendation on Defendant's Application to Proceed in District Court Without Prepaying

Fees or Costs (Doc. No. 229). The Court having reviewed the report and recommendation of the

magistrate judge, and there being no objections to the report filed by the parties, it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby

APPROVED. Defendant's Application to Proceed in District Court Without Prepaying Fees or

Costs is DENIED.

DONE AND ORDERED at Orlando, Florida, this ___4___ day of June, 2013.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
United States Attorney
Fitzroy George Gutzmore